FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, Merrell, O'Malley and Glennon, JJ.; O'Malley, J., votes to modify by providing that the affirmance is without prejudice to an application on the part of the plaintiff to vacate the order appealed from should the impleaded party, the Westfield Trust Company, move for a transfer of the action to the Federal court.

LILLIAN B. KOLKER v. WILLIAM FITCH ALLEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE FIRST NATIONAL BANK AND TRUST COMPANY OF YONKERS v. RIVERVIEW APTS., INC., and Others — ANNIE RABINOWE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY — HARRY J. WINSER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EUGENE GRUEN, Doing Business, etc., v. WILLIAMS OIL-O-MATIC HEATING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SAM KAPLAN, Individually and as President of MOVING PICTURE MACHINE OPERATORS UNION OF GREATER NEW YORK, LOCAL No. 306, OF INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, etc., v. WILLIAM C. ELLIOTT, Individually and as President of INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, etc., and SAMUEL M. SIMON and Others.— CHARLES H. BAYER v. WILLIAM C. ELLIOTT, Individually and as President, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARTIN OLTARSH, on Behalf of Himself and Other Stockholders Similarly Situated, v. THE FINANCIAL CORPORATION (Formerly Known by the Name UNGERLEIDER FINANCIAL CORPORATION) and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARIE C. LOWE v. HENRY W. LOWE and Another.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, Merrell, O'Malley and Untermyer, JJ. [See ante, p. 711.]

THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK v. BEARD'S ERIE BASIN, INC.— Motion for leave to appeal to the Court of Appeals or for